Brian T. Tucker (ISB # 5236)
NELSON HALL PARRY TUCKER, PLLC
490 Memorial Drive
Idaho Falls, Idaho 83402
Telephone (208) 522-3001
Facsimile (208) 523-7254
Email:  bttucker@nhptlaw.net

Attorneys for:  Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONNA WELKER and JOSHUA GOHL,<br><br>    Plaintiffs,<br><br>vs.<br><br>SYRINGA PROPERTY MANAGEMENT, INC.; EASTERN IDAHO COMMUNITY ACTION PARTNERSHIP, INC.; DOES I-X,<br><br>    Defendants. | Case No. 4:21-cv-00030<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      COMES NOW the Plaintiffs, Donna Welker and Joshua Gohl, by and through their counsel of record, Leland Faux, and the Defendants, Syringa Property Management, Inc. and Eastern Idaho Community Action Partnership, Inc., by and through their counsel of record, Brian T. Tucker, and stipulate and agree to dismiss this case with prejudice.  Each party shall be responsible for their own attorney fees and costs.


Dated: April  12 , 2022              /s/ Leland Faux
                                     LELAND FAUX
                                     Attorney for Plaintiffs


Dated: April  12 , 2022              /s/ Brian T. Tucker
                                     BRIAN T. TUCKER
                                     Attorney for Defendants


**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

## CERTIFICATE OF SERVICE

      I hereby certify that on the  12th   day of April, 2022, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Leland K. Faux
Leland@LelandFaux.com

                                    /s/ Brian T. Tucker
                                    BRIAN T. TUCKER

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**