## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONNA WELKER and JOSHUA GOHL,<br><br>        Plaintiffs,<br><br>vs.<br><br>SYRINGA PROPERTY MANAGEMENT, INC.; EASTERN IDAHO COMMUNITY ACTION PARTNERSHIP, INC.; DOES I-X,<br><br>        Defendants. | Case No. 4:21-cv-00030-BLW<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Stipulation of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiffs' Complaint is hereby dismissed with prejudice, with each of the parties to pay their own costs and attorney's fees.

DATED: April 13, 2022

B. Lynn Winmill
U.S. District Court Judge

**ORDER TO DISMISS WITH PREJUDICE - 1**